# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:15-cv-12

| | |
|---|---|
| JOSHUA D. BROWN and wife,<br>ELIZABETH BROWN,<br><br>      Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC,<br><br>      Defendant. | ORDER |

**THIS MATTER** is before the Court on William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* of Andrew L. Richardson. It appearing that Andrew L. Richardson is a member in good standing with the Oklahoma State Bar and will be appearing with William A. Bulfer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that William A. Bulfer's Application for Admission to Practice Pro Hac Vice (#4) of Andrew L. Richardson is

**GRANTED**, and that Andrew L. Richardson is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William A. Bulfer.

Signed: January 26, 2015

Dennis L. Howell
United States Magistrate Judge